**BROWN & CONNERY, LLP**
Louis R. Lessig, Esquire (Bar ID 79809)
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HERITAGE SENIOR LIVING, LLC., and BELLE REVE SENIOR LIVING**<br><br>            Plaintiffs,<br>     vs.<br><br>**DEIRDRE BUTLER**<br><br>            Defendant. | Civil Action No.: 20-2715<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**TO:  Clerk, United States District Court**
     Eastern District of Pennsylvania
     James A. Byrne U.S. Courthouse
     601 Market Street
     Philadelphia, PA 19106
     **(VIA ELECTRONIC FILING)**

     **The Honorable Petrese B. Tucker, U.S.D.J.**
     Eastern District of Pennsylvania
     James A. Byrne U.S. Courthouse
     601 Market Street
     Philadelphia, PA 19106
     **(VIA ELECTRONIC FILING)**

     ALL RECORD COUNSEL
     **(VIA ELECTRONIC FILING)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

plaintiffs, Heritage Senior Living, LLC and Belle Reve Senior Living and their counsel,

79W4790

hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant, Deirdre Butler.

                                                **BROWN & CONNERY, LLP**
                                                *Attorneys for Plaintiff*

Dated:  June 26, 2020                By:  s/*Louis R. Lessig*
                                                 Louis R. Lessig, Esq.

79W4790